IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| MARVIN LYNN "MIKE" HILL, JR., A MINOR AND MARILYN HILL, NATURAL PARENT AND NEXT FRIEND | § § § § | |
| Plaintiffs | § § | CIVIL ACTION NO. |
| v. | § § | 1:06cv0138 |
| BOY SCOUTS OF AMERICA, CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, VIDOR, TEXAS, DAVID OCHOA and STACY ABBOTT | § § § § § | HONORABLE HEARTFIELD |
| Defendants. | § § | |

## AGREED FINAL TAKE NOTHING JUDGMENT

On this day, Plaintiffs, MARVIN LYNN "MIKE" HILL, JR. AND MARILYN HILL, NATURAL PARENT AND NEXT FRIEND, by and through their attorney of record, sought the full and final dismissal of the above-referenced cause of action, with prejudice, for the reason that the parties have finally and fully settled and compromised this suit and controversy. For valuable consideration, the Plaintiffs have fully released and agreed to indemnify and hold harmless the BOY SCOUTS OF AMERICA; DAVID OCHOA; STACY ABBOTT; the CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, VIDOR, TEXAS; and the CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS of and from all claims and causes of action herein asserted or which could have been asserted or which are in any manner arising out of or connected with the occurrences made the basis of this suit; and accordingly, it appearing to the Court that the Plaintiffs should recover nothing, having compromised this suit and released the Defendants; it is,

**ORDERED**, ADJUDGED and DECREED that Defendants, the BOY SCOUTS OF AMERICA; DAVID OCHOA; STACY ABBOTT; the CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, VIDOR, TEXAS; and the CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS stand fully acquitted and discharged of and from any and all liabilities to Plaintiffs, MARVIN LYNN "MIKE" HILL, JR. AND MARILYN HILL, NATURAL PARENT AND NEXT FRIEND; it is further,

**ORDERED, ADJUDGED and DECREED** that all further relief whether expressly pled for in Plaintiffs' most recent petition or not with respect to the incident made the basis of this suit is DENIED. The judgment having been satisfied and discharged, no execution shall ever issue; it is further,

**ORDERED, ADJUDGED and DECREED** that this Final Judgment dismisses with prejudice all claims presently asserted in Plaintiffs' most recent petition, any counterclaim, cross-action, or third party petition, and all claims that could have been raised in this lawsuit by any party; it is further

**ORDERED, ADJUDGED and DECREED** that all court costs shall be paid by the party incurring same.

AGREED AS TO FORM AND SUBSTANCE AND RESPECTFULLY SUBMITTED:

_____
**ETHAN L. SHAW**
STATE BAR NO. 18140480

EVERETT H. SANDERSON
STATE BAR NO. 17610520
Moore Landrey, L.L.P.
390 Park Street, Suite 500
Beaumont, Texas 77701
(409) 835-3891 – Phone
(409) 835-2707 -- Fax
**LEAD ATTORNEYS FOR PLAINTIFFS, MARVIN "MIKE" HILL, JR., A MINOR AND MARILYN HILL, NATURAL PARENT AND NEXT FRIEND**

_/s/ Kent M. Adams_
KENT M. ADAMS
STATE BAR NO. 00869200
The Century Tower
550 Fannin, Suite 800
P. O. Box 7505
Beaumont, Texas 77726-7505
(409) 838-6767 – Phone
(409) 838-6950 – Fax
**LEAD ATTORNEY FOR DEFENDANTS, STACY ABBOTT, CHURCH OF JESUS CHRIST OF LATTER DAY SAINTS, VIDOR, TEXAS AND THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, A UTAH CORPORATION SOLE**

_/s/ Larry J. Simmons_
LARRY J. SIMMONS
STATE BAR NO. 00789628
Germer Gertz, LLP
550 Fannin, 5th Floor
Beaumont, Texas 77701
**LEAD ATTORNEY FOR DEFENDANT, DAVID OCHOA**

_/s/ Micheal Truncale_ _by permission_
MICHEAL TRUNCALE
STATE BAR NO. 20258125

Orgain, Bell & Tucker
470 Orleans
Beaumont, Texas 77701
**LEAD ATTORNEY FOR DEFENDANT,
BOY SCOUTS OF AMERICA**